**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Pepi Companies, LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | D/B/A eT Craft Burgers and Beer;<br>D/B/A eT Craft Burgers Downtown;<br>D/B/A  Alonti Cafe & Catering;<br>D/B/A Alonti Cafe;<br>D/B/A Alonti Catering;<br>D/B/A Alonti | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1355547** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1210 W. Clay, Ste 17**<br>**Houston, TX 77019**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris**<br>County | Location of principal assets, if different from principal place of business<br>**See attached Exhibit.**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.alonti.com**

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Pepi Companies, LLC**                              Case number (*if known*) _____
           Name

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __5812__

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check* **all** *that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

| Debtor | **Pepi Companies, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor     **Pepi Companies, LLC** _____     Case number (*if known*) _____
       Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     9/24/2020 _____
                MM / DD / YYYY

**X**    /s/ Albert A. Pepi Jr. _____        **Albert A. Pepi Jr.** _____
     Signature of authorized representative of debtor         Printed name

Title    **President** _____

**18. Signature of attorney**

**X**    /s/ Christopher Murray _____      Date    9/24/2020 _____
     Signature of attorney for debtor                        MM / DD / YYYY

**Christopher Murray** _____
    Printed name

**Jones Murray and Beatty LLP** _____
    Firm name

**4119 Montrose, Suite 230**
**Houston, TX 77006** _____
    Number, Street, City, State & ZIP Code

Contact phone    **832-529-3027** _____     Email address    **christopher.murray@jmbllp.com** _____

Texas Bar No. 24081057 _____
    Bar number and State

---

Debtor  **Pepi Companies, LLC**
_____
Name

Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS
_____

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an
amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **Alonti Corporation, LLC** | Relationship to you | **Related Entity** |
| District | _____ When _____ | Case number, if known | |
| Debtor | **Pepi Company of California, LLC** | Relationship to you | **Related Entity** |
| District | _____ When _____ | Case number, if known | |
| Debtor | **Pepi Company of Illinois, LLC** | Relationship to you | **Related Entity** |
| District | _____ When _____ | Case number, if known | |
| Debtor | **Pepi Corporation** | Relationship to you | **Related Entity** |
| District | _____ When _____ | Case number, if known | |

**Pepi Companies, LLC**
**Location of Principal Assets**

| Entity | Name | Address |
|---|---|---|
| Pepi Companies, LLC | TMH MEDICAL OFFICE BUILDINGS | 6650 Fannin, Houston, TX 77030 |
| Pepi Companies, LLC | 6 BRIAR HILLS INVESTMENTS, LP | 1101 - 1105 Highway 6 South, Houston, TX 77077 |
| Pepi Companies, LLC | 7227 FANNIN MANAGEMENT LLC | 7225 Fannin St, Houston, TX 77030 |
| Pepi Companies, LLC | CH REALTY VI/R HOUSTON | 27868 IH-45 North< Oak Ridge North,TX 77385 |
| Pepi Companies, LLC | BIODEC LLC | 12001 Burnet Rd, Ste C, Austin, TX 78758 |
| Pepi Companies, LLC | MDT MARSH, LTD | 2515 E Rosemeade, Suite 119, Carrollton, TX 75007 |
| Pepi Companies, LLC | 356 MIDWAY VENTURE LLC | 7337 Airport Freeway, Richland Hills, TX 76118 |
| Pepi Companies, LLC | INTERPROPERTY NORTHWEST LLC | 1601 West Northwest Highway, Grapevine, TX 76051 |
| Pepi Companies, LLC | SVAP Grandview LLC | 8025 Callaghan Rd, Ste 102, San Antonio, TX 78230 |
| Pepi Companies, LLC | CanTex Empire, LLC | 1150 Empire Central Place, Dallas, TX 75247 |

**PEPI COMPANIES, LLC**
**BALANCE SHEET**
**31-Jul-20**
**CONFIDENTIAL**

|  |  | **Current Yr** |
|---|---|---|
| ASSETS |  |  |
|  |  |  |
| Current Assets |  |  |
| Cash and cash equivalents | $ | 219,173 |
| Accounts Receivable: |  |  |
| Credit Cards | $ | - |
| Trade | $ | 144,093 |
| Others | $ | - |
| Inventory | $ | 136,264 |
| Prepaid expenses | $ | 1,723 |
| Federal Tax Receivable | $ | - |
| Deferred Federal Income Tax | $ | - |
|  |  |  |
| Total Current Assets |  | 501,252 |
|  |  |  |
| Fixed Assets |  |  |
| Auto | $ | - |
| Equipment & Fixtures | $ | 1,419,803 |
| Computers | $ | 23,228 |
| Leasehold improvements | $ | 2,159,753 |
| Accumulated Depreciation and Amortization | $ | (1,866,567) |
|  |  | 1,736,217 |
|  |  |  |
| Other Assets |  |  |
| Officer's A/R | $ | - |
| Notes Receivable - Officer | $ | - |
| Deposit | $ | 84,091 |
| Cash Surrender Value Officers Life Insurance | $ | - |
|  |  |  |
|  |  | 84,091 |
|  |  |  |
| TOTAL ASSETS |  | 2,321,560 |
|  |  |  |
| LIABILITIES & SHAREHOLDERS' EQUITY |  |  |
|  |  |  |
| Accounts Payables | $ | 1,235 |
| Notes Payable |  |  |
| Amegy Bank - Revolving Line of Credit | $ | - |
| Amegy Bank - Term (Current Portion) | $ | - |
| Accrued expenses: |  |  |
| Payroll | $ | - |
| Taxes | $ | 48,305 |
| Percentage Rent | $ | 107,798 |
| Interest | $ | - |
| Lease Liability | $ | - |
| Pepi Corporation | $ | (77,207) |
| Other | $ | - |
|  |  |  |
| Total Current Liabilities |  | 80,131 |
|  |  |  |
| Long Term Liabilities |  |  |
| Notes Payable |  |  |
| Amegy Bank Term (Net of Current Portion) | $ | - |
| Related Party | $ | - |
| Deferred Rent | $ | 15,982 |
| Deferred Federal Income Tax | $ | - |
| Lease Settlement |  | 292,895 |
| Notes Payable Officers | $ | - |
|  |  |  |
| Total Long Term Liabilities |  | 308,877 |
|  |  |  |
| Shareholders' Equity |  |  |
| Capital Stock | $ | - |
| Paid in Capital | $ | - |
| Member's Equity | $ | 2,647,230 |
| Current Year Earnings | $ | (714,679) |
|  |  |  |
| Total Shareholders' Equity |  | 1,932,551 |
|  |  |  |
| Total Liabilities & Shareholders' Equity |  | 2,321,560 |

**PEPI COMPANIES LLC**
**PROFIT AND LOSS**
**31-Jul-20**
**CONFIDENTIAL**

--------------------------------YTD AMOUNT---------

| | Y-T-D Actual | % of YTD Sales |
|---|---:|---:|
| STORE SALES | | |
| SALES - WALK-IN | 107,337 | 8.20% |
| SALES - CATERING | 1,118,958 | 85.52% |
| SALES - DELIVERY | 82,179 | 6.28% |
| | ------------------------ | -------------- |
| TOTAL SALES | 1,308,474 | 100.00% |
| | | |
| COST OF GOODS SOLD | | |
| FOOD PURCHASES | 251,513 | 19.22% |
| CREDIT FOR PRODUCT LOSS | (29,255) | (2.24%) |
| TRANSFER FOOD | 1,552 | 0.12% |
| FOOD - INVENTORY EXP | 47,597 | 3.64% |
| EMPLOYEE MEAL CREDIT | (7,278) | (0.56%) |
| | ------------------------ | -------------- |
| TOTAL COGS | 264,129 | 20.19% |
| | | |
| SALARY - HOURLY | 197,988 | 15.13% |
| DELIVERY - PROMOTION ADJU | (37,024) | (2.83%) |
| LABOR CREDIT- CHGD TO CUS | 0 | 0.00% |
| SALARY - HOURLY - OVERTIME | 4,018 | 0.31% |
| SAL HRLY VACATION | 5,925 | 0.45% |
| CONTRACT LABOR | 0 | 0.00% |
| TIPS | (2,808) | (0.21%) |
| | ------------------------ | -------------- |
| TOTAL HOURLY EXPENSE | 168,099 | 12.85% |
| | | |
| PAPER | 89,105 | 6.81% |
| JANITORIAL | 11,168 | 0.85% |
| SMALLWARES ONGOING | 4,040 | 0.31% |
| SMALLWARES - OPENING | 0 | 0.00% |
| | | |
| MX - ROUTINE | 12,704 | 0.97% |
| MX - SPECIAL | 12,129 | 0.93% |
| RUBBISH REMOVAL | 8,261 | 0.63% |
| | ------------------------ | -------------- |
| TOTAL MX | 33,093 | 2.53% |
| | | |
| ELECTRIC | 36,497 | 2.79% |
| NATURAL GAS | 4,079 | 0.31% |
| WATER, DOMESTIC | 4,472 | 0.34% |
| | ------------------------ | -------------- |
| TOTAL UTILITIES | 45,047 | 3.44% |
| | | |
| ICE PAID OUT | 0 | 0.00% |
| OFFICE SUPPLIES-STRS | 4,786 | 0.37% |
| EMPLOYEE INCENTIVE | 113 | 0.01% |
| VAN EXPENSE | 205 | 0.02% |
| AUTO EXPENSE | 19,486 | 1.49% |

**PEPI COMPANIES LLC**
**PROFIT AND LOSS**
**31-Jul-20**
**CONFIDENTIAL**

| | Y-T-D Actual | % of YTD Sales |
|---|---:|---:|
| STORE SALES | | |
| OFFSET FOR PROD LOSS | 29,255 | 2.24% |
| ADVERTISING-CLASSIFIED | 0 | 0.00% |
| ADV & MARKETING | 54 | 0.00% |
| ADV - FOOD PROMOTIONS | 70,836 | 5.41% |
| DELIVERY - PROMOTION ADJU | 37,024 | 2.83% |
| | | |
| TTL DIRECT STR EXP | 161,759 | 12.36% |
| | | |
| POSTAGE & FEDEX | 2 | 0.00% |
| UNIFORMS | 0 | 0.00% |
| LICENSE AND PERMITS | 2,052 | 0.16% |
| MANAGER PARKING | 6,243 | 0.48% |
| CASH OVER/SHORT | 400 | 0.03% |
| CATERING - RENTAL | (425) | (0.03%) |
| TELEPHONE | 25,581 | 1.96% |
| BANK CHARGES | 579 | 0.04% |
| ARMORED CAR | 0 | 0.00% |
| AMORTIZATION | 80,592 | 6.16% |
| DEPRECIATION | 70,287 | 5.37% |
| INS EXP - GENERAL | 13,850 | 1.06% |
| INS EXP - MANAGEMENT | 18,805 | 1.44% |
| INS-WC-ALT-MEDL PAYT | 0 | 0.00% |
| INS-WC-ALT-PREMIUMS | 4,203 | 0.32% |
| TAXES-TEXAS | 10 | 0.00% |
| PAYROLL TAXES | 56,778 | 4.34% |
| TAXES - TEX PROP TAX | 15,488 | 1.18% |
| G&A STORE LEVEL | 284,485 | 21.74% |
| BONUS OPERATIONS | 0 | 0.00% |
| 401(K) EMPLOYER MATCH | 17,926 | 1.37% |
| RENT EXPENSE | 167,501 | 12.80% |
| PERCENTAGE RENT | (4,771) | (0.36%) |
| CAM CHARGES | 77,357 | 5.91% |
| | | |
| TTL  INDIR STR EXP | 836,943 | 63.96% |
| | | |
| G&A CATERING | 164,903 | 12.60% |
| BONUS MARKETING AND SALE | 0 | 0.00% |
| CREDIT CARD FEES | 36,135 | 2.76% |
| PROFESSL FEES-TECHNICAL | 0 | 0.00% |
| DUES & SUBSCRIPTIONS | 0 | 0.00% |
| STORAGE RENTAL | 260 | 0.02% |
| | | |
| TOTAL CORPORATE EXP | 201,298 | 15.38% |
| | | |
| OPERATING EXPENSES | 1,814,682 | 138.69% |

Unaudited - For Management Purposes Only

**PEPI COMPANIES LLC**
**PROFIT AND LOSS**
**31-Jul-20**
**CONFIDENTIAL**

| | Y-T-D Actual | % of YTD Sales |
|---|---|---|
| STORE SALES | | |
| TOTAL OPERATING INC | (506,208) | (38.69%) |
| | | |
| MANAGEMENT FEE | 134,892 | 10.31% |
| ROYALTY FEE | 73,578 | 5.62% |
| UNCLASSIFED MISC INCOME | 0 | 0.00% |
| | | |
| TOTAL OTHER INC&EXP | 208,470 | 15.93% |
| | | |
| NET INCOME B/F STATE AND F | (714,679) | (54.62%) |
| | | |
| CURRENT FEDERAL INCOME T | 0 | 0.00% |
| CURRENT STATE INCOME TAX | 0 | 0.00% |
| DEFERRED FEDERAL INCOME | 0 | 0.00% |
| | | |
| NET INCOME(LOSS) | (714,679) | (54.62%) |

Unaudited - For Management Purposes Only

**PEPI CORPORATION**
**COMBINED STATEMENTS OF CASH FLOWS**

| | For the Year Ended March 31, | |
| --- | --- | --- |
| | **2019** | 2018 |
| **Cash Flows From Operating Activities** | | |
| Cash received from customers and employees | $ **39,366,815** | $ 38,777,858 |
| Cash paid to vendors and employees | **(38,524,301)** | (38,198,111) |
| Interest paid | **(150,143)** | (107,821) |
| Interest received, shareholder | **21,713** | 21,713 |
| Income taxes paid | **(64,597)** | (76,802) |
| Net Cash Provided by Operating Activities | **649,487** | 416,837 |
| **Cash Flows From Investing Activities** | | |
| Purchase of property and equipment | **(1,598,552)** | (1,372,134) |
| Proceeds from disposition of property and equipment | **11,495** | 3,600 |
| Collections on shareholder receivable, net | **35,936** | 401,744 |
| Increase in cash surrender value of life insurance | **(14,355)** | (12,362) |
| Net Cash Used in Investing Activities | **(1,565,476)** | (979,152) |
| **Cash Flows From Financing Activities** | | |
| Payments on line-of-credit | **(2,750,000)** | |
| Proceeds from line-of-credit | **2,550,000** | 200,000 |
| Payments on long-term debt | **(396,248)** | (204,551) |
| Proceeds from long-term debt | **1,050,000** | 200,000 |
| Dividends paid | **(20,000)** | (20,000) |
| Net Cash Provided by Financing Activities | **433,752** | 175,449 |
| **Net Decrease in Cash and Cash Equivalents** | **(482,237)** | (386,866) |
| Cash and Cash Equivalents - Beginning of Year | **769,050** | 1,155,916 |
| **Cash and Cash Equivalents - End of Year** | $ **286,813** | $ 769,050 |

See independent accountants' review report and notes to combined financial statements.

**PEPI CORPORATION**
**COMBINED STATEMENTS OF CASH FLOWS (Continued)**

| | For the Year Ended March 31, | |
| --- | --- | --- |
| | **2019** | 2018 |
| **Reconciliation of Net Income to Net Cash** | | |
| **Provided by Operating Activities** | | |
| Net income (loss) | $ **84,456** | $ (891,856) |
| Adjustments to reconcile net income (loss) to | | |
| net cash provided by operating activities: | | |
| Depreciation and amortization | **1,105,399** | 1,170,556 |
| Loss on disposition of equipment | **131,326** | 563,881 |
| Deferred income tax benefit | **(32,000)** | (113,000) |
| Loss on lease assignment | | 85,699 |
| (Increase) Decrease in: | | |
| Accounts receivable | **(307,408)** | (29,037) |
| Inventory | **(12,673)** | (22,989) |
| Prepaid expenses | **21,015** | (10,589) |
| Deposits | **14,647** | (7,933) |
| Increase (Decrease) in: | | |
| Accounts payable | **(254,757)** | 70,897 |
| Accrued expenses | **(41,353)** | (369,936) |
| Income taxes payable | **(38,313)** | 4,904 |
| Deferred rent | **(20,852)** | (33,760) |
| **Net Cash Provided by Operating Activities** | $ **649,487** | $ 416,837 |

See independent accountants' review report and notes to combined financial statements.

EXTENSION GRANTED TO 09/15/20

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

OMB No. 1545-0123

For calendar year 2019, or tax year beginning _____ , ending _____

▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

**2019**

| | | | |
|---|---|---|---|
| **A** Principal business activity | Name of partnership | | **D** Employer identification number |
| RETAIL SALES | **PEPI COMPANIES, LLC** | Type or Print | 46-1355547 |
| **B** Principal product or service | Number, street, and room or suite no. If a P.O. box, see instructions. | | **E** Date business started |
| FOOD & BEVERAGE | 1210 W. CLAY STREET, SUITE 17 | | 11/08/2012 |
| **C** Business code number | City or town, state or province, country, and ZIP or foreign postal code | | **F** Total assets |
| 722513 | HOUSTON          TX 77019-4190 | | $ 5,927,439. |

**G** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash  **(2)** ☒ Accrual  **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ............... 4

**J** Check if Schedules C and M-3 are attached ............................................................................ ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **Income** | **1a** Gross receipts or sales | 1a | 28,921,564. | |
| | **b** Returns and allowances | 1b | | |
| | **c** Balance. Subtract line 1b from line 1a | | 1c | 28,921,564. |
| | **2** Cost of goods sold (attach Form 1125-A) | | 2 | 5,586,696. |
| | **3** Gross profit. Subtract line 2 from line 1c | | 3 | 23,334,868. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | | 5 | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| | **7** Other income (loss) (attach statement) | | 7 | |
| | **8** **Total income (loss).** Combine lines 3 through 7 | | 8 | 23,334,868. |
| **Deductions** (see instructions for limitations) | **9** Salaries and wages (other than to partners) (less employment credits) | | 9 | 2,902,498. |
| | **10** Guaranteed payments to partners | | 10 | |
| | **11** Repairs and maintenance | | 11 | 636,521. |
| | **12** Bad debts | | 12 | |
| | **13** Rent | | 13 | 1,118,656. |
| | **14** Taxes and licenses          SEE STATEMENT 6 | | 14 | 923,963. |
| | **15** Interest (see instructions) | | 15 | 26,261. |
| | **16a** Depreciation (if required, attach Form 4562) | 16a | 969,229. | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | 16b | | 16c | 969,229. |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) | | 17 | |
| | **18** Retirement plans, etc. | | 18 | |
| | **19** Employee benefit programs | | 19 | 157,899. |
| | **20** Other deductions (attach statement)          SEE STATEMENT 7 | | 20 | 16,887,765. |
| | **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 23,622,792. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | | 22 | -287,924. |
| **Tax and Payments** | **23** Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | 23 | |
| | **24** Interest due under the look-back method—income forecast method (attach Form 8866) | | 24 | |
| | **25** BBA AAR imputed underpayment (see instructions) | | 25 | |
| | **26** Other taxes (see instructions) | | 26 | |
| | **27** **Total balance due.** Add lines 23 through 26 | | 27 | |
| | **28** Payment (see instructions) | | 28 | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed | | 29 | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment | | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____     ▶ _____
Signature of partner or limited liability company member                    Date

May the IRS discuss this return with the preparer shown below? See instr.  ☒ Yes  ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | HOMERO CARRILLO JR | HOMERO CARRILLO JR | 08/24/20 | | |
| | Firm's name ▶ WEINSTEIN SPIRA & COMPANY, P.C. | | | Firm's EIN ▶ 74-2181616 | |
| | Firm's address ▶ 3773 RICHMOND AVENUE, SUITE 900 | | | | |
| | HOUSTON, TX 77046 | | | Phone no. 713.622.7000 | |

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**          911001 12-30-19          Form **1065** (2019)

Form 1065 (2019)   PEPI COMPANIES, LLC                                          46-1355547   Page **2**

| Schedule B | Other Information |
|---|---|

|   |   | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership    **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company    **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership    **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|   |   | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|   |   | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

911011  12-30-19

Form **1065** (2019)

Form 1065 (2019)   PEPI COMPANIES, LLC                                      46-1355547   Page **3**

| Schedule B | Other Information *(continued)* | | Yes | No |
|---|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | | |
| 16 a | Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions | | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ | | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ | | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? | | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X | |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | | |
| | If "Yes" to any, complete and attach Form 8990. | | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ _____ | | | |
| | If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ ALBERT A PEPI

U.S. address of PR   1210 W. CLAY STREET, SUITE 17   HOUSTON, TX 77019-4190    U.S. phone number of PR ▶ (713)255-7268

If the PR is an entity, name of the designated individual for the PR ▶

U.S. address of designated individual ▶    U.S. phone number of designated individual ▶

| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
|---|---|---|---|---|
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | | |
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ▶ | | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | | X |

911021  12-30-19

3

Form **1065** (2019)

Form 1065 (2019)  **PEPI COMPANIES, LLC**                                                                                46-1355547  Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

| | | | Total amount |
|---|---|---|---|
| Income (Loss) | **1** Ordinary business income (loss) (page 1, line 22) | **1** | -287,924. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) .... **3a** | | |
| | **b** Expenses from other rental activities (attach statement) .... **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Guaranteed payments: **a** Services **4a** **b** Capital **4b** | | |
| | **c** Total. Add lines 4a and 4b | **4c** | |
| | **5** Interest income | **5** | |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| | **b** Qualified dividends **6b** **c** Dividend equivalents **6c** | | |
| | **7** Royalties | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** Collectibles (28%) gain (loss) **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** Other income (loss) (see instructions) Type ▶ | **11** | |
| Deductions | **12** Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** Contributions | **13a** | |
| | **b** Investment interest expense | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶ **(2)** Amount ▶ | **13c(2)** | |
| | **d** Other deductions (see instructions) Type ▶ | **13d** | |
| Self-Employ-ment | **14a** Net earnings (loss) from self-employment | **14a** | -201,547. |
| | **b** Gross farming or fishing income | **14b** | |
| | **c** Gross nonfarm income | **14c** | 16,334,408. |
| Credits | **15a** Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** Low-income housing credit (other) | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | **15d** | |
| | **e** Other rental credits (see instructions) Type ▶ | **15e** | |
| | **f** Other credits (see instructions) Type ▶ SEE STATEMENT 8 | **15f** | 188,234. |
| Foreign Transactions | **16a** Name of country or U.S. possession ▶ | | |
| | **b** Gross income from all sources | **16b** | |
| | **c** Gross income sourced at partner level | **16c** | |
| | Foreign gross income sourced at partnership level | | |
| | **d** Reserved for future use ▶ **e** Foreign branch category ▶ | **16e** | |
| | **f** Passive category ▶ **g** General category ▶ **h** Other ▶ | **16h** | |
| | Deductions allocated and apportioned at partner level | | |
| | **i** Interest expense ▶ **j** Other ▶ | **16j** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | **k** Reserved for future use ▶ **l** Foreign branch category ▶ | **16l** | |
| | **m** Passive category ▶ **n** General category ▶ **o** Other ▶ | **16o** | |
| | **p** Total foreign taxes (check one): Paid ☐ Accrued ☐ | **16p** | |
| | **q** Reduction in taxes available for credit (attach statement) | **16q** | |
| | **r** Other foreign tax information (attach statement) | | |
| Alternative Minimum Tax (AMT) Items | **17a** Post-1986 depreciation adjustment | **17a** | -3,906. |
| | **b** Adjusted gain or loss | **17b** | |
| | **c** Depletion (other than oil and gas) | **17c** | |
| | **d** Oil, gas, and geothermal properties - gross income | **17d** | |
| | **e** Oil, gas, and geothermal properties - deductions | **17e** | |
| | **f** Other AMT items (attach statement) | **17f** | |
| Other Information | **18a** Tax-exempt interest income | **18a** | |
| | **b** Other tax-exempt income | **18b** | |
| | **c** Nondeductible expenses SEE STATEMENT 9 | **18c** | 192,270. |
| | **19a** Distributions of cash and marketable securities | **19a** | |
| | **b** Distributions of other property | **19b** | |
| | **20a** Investment income | **20a** | |
| | **b** Investment expenses | **20b** | |
| | **c** Other items and amounts (attach statement) STMT 10 | | |

911041  12-30-19                                                      **4**                                                      Form **1065** (2019)

Form 1065 (2019)   PEPI COMPANIES, LLC                                    46-1355547   Page 5

## Analysis of Net Income (Loss)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | | 1 | -287,924. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | -201,547. | | | | -86,377. |

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 20,986. | | 48,860. |
| 2a | Trade notes and accounts receivable | 888,142. | | 1,085,584. | |
| b | Less allowance for bad debts | | 888,142. | | 1,085,584. |
| 3 | Inventories | | 266,478. | | 292,880. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | STATEMENT 11 | 1,950. | | 3,636. |
| 7a | Loans to partners (or persons related to partners) | | 1,000. | | 1,000. |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 6,062,505. | | 6,840,380. | |
| b | Less accumulated depreciation | 2,010,850. | 4,051,655. | 2,842,251. | 3,998,129. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) | STATEMENT 12 | 584,414. | | 497,350. |
| 14 | Total assets | | 5,814,625. | | 5,927,439. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 147,700. | | 113,631. |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | STATEMENT 13 | 401,440. | | 506,346. |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | 6,038,166. | | 5,605,513. |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | -772,681. | | -298,051. |
| 22 | Total liabilities and capital | | 5,814,625. | | 5,927,439. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 474,630. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d and 16p (itemize): STMT 15   190,344. | | a | Depreciation $   137,896.   STMT 16   816,928. | 954,824. |
| a | Depreciation $ | | 8 | Add lines 6 and 7 | 954,824. |
| b | Travel and entertainment $   1,926. | 192,270. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -287,924. |
| 5 | Add lines 1 through 4 | 666,900. | | | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -772,681. | 6 | Distributions:  a Cash | |
| 2 | Capital contributed:  a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | 474,630. | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -298,051. | 9 | Balance at end of year. Subtract line 8 from line 5 | -298,051. |

911042  12-30-19                                              5                                       Form **1065** (2019)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| PEPI COMPANIES, LLC | 46-1355547 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 266,478. |
| 2 | Purchases | 2 | 5,613,098. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 5,879,576. |
| 7 | Inventory at end of year | 7 | 292,880. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 5,586,696. |

**9 a** Check all methods used for valuing closing inventory:

(i) ☒ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ........................................................ ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) .......... ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ............ ☒ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? .............. ☐ Yes ☒ No
If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

924441
04-01-19    LHA

6

| SCHEDULE B-1<br>(Form 1065)<br>(Rev. August 2019)<br>Department of the Treasury<br>Internal Revenue Service | **Information on Partners Owning 50% or<br>More of the Partnership**<br>▶ Attach to Form 1065.<br>▶ Go to www.irs.gov/Form1065 for the latest information. | OMB No. 1545-0123 |

| Name of partnership | Employer identification number |
|---|---|
| PEPI COMPANIES, LLC | 46-1355547 |

| **Part I** | **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017)) |

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| **Part II** | **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017)) |

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| ALBERT A PEPI | ███-██ | UNITED STATES | 100.00 |
| GEORGE A PEPI | ██████ | UNITED STATES | 100.00 |
| JAMES B PEPI | ██████ | UNITED STATES | 100.00 |
| WALLACE B PEPI | ██████ | UNITED STATES | 100.00 |
| | | | |
| | | | |
| | | | |

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**       **Schedule B-1 (Form 1065) (Rev. 8-2019)**

924551  11-13-19

| Form **4562** | **Depreciation and Amortization**<br>**(Including Information on Listed Property)** OTHER  1 | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service   (99) | ▶ **Attach to your tax return.**<br>▶ **Go to www.irs.gov/Form4562 for instructions and the latest information.** | **2019**<br>Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| PEPI COMPANIES, LLC | PEPI COMPANIES, LLC | 46-1355547 |

**Part I**   Election To Expense Certain Property Under Section 179  **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| **1** Maximum amount (see instructions) | **1** | |
| **2** Total cost of section 179 property placed in service (see instructions) | **2** | |
| **3** Threshold cost of section 179 property before reduction in limitation | **3** | |
| **4** Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| **5** Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| **6** | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | |
|---|---|---|
| **7** Listed property. Enter the amount from line 29 | **7** | |
| **8** Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| **9** Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| **10** Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | **10** | |
| **11** Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| **12** Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| **13** Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| **14** Special depreciation allowance for qualified property (other than listed property) placed in service during<br>the tax year | **14** | 777,876. |
| **15** Property subject to section 168(f)(1) election | **15** | |
| **16** Other depreciation (including ACRS) | **16** | |

**Part III**   MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| **17** MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** | 191,353. |
| **18** If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

**Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and<br>year placed<br>in service | (c) Basis for depreciation<br>(business/investment use<br>only - see instructions) | (d) Recovery<br>period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | / | | 30 yrs. | MM | S/L | |
| **d** 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**   Summary (See instructions.)

| | | |
|---|---|---|
| **21** Listed property. Enter amount from line 28 | **21** | |
| **22** **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21.<br>Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 969,229. |
| **23** For assets shown above and placed in service during the current year, enter the<br>portion of the basis attributable to section 263A costs | **23** | |

916251  12-12-19   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**                    Form **4562** (2019)

Form 4562 (2019)     **PEPI COMPANIES, LLC**     46-1355547   Page **2**

| Part V | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | **25** | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | **28** | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| Part VI | Amortization |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2019 tax year | | | | **43** | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | |

916252  12-12-19

Form **4562** (2019)

Form **5884**
(Rev. December 2016)

Department of the Treasury
Internal Revenue Service

# Work Opportunity Credit

▶ **Attach to your tax return.**
▶ **Information about Form 5884 and its separate instructions is at** *www.irs.gov/form5884* **.**

OMB No. 1545-0219

Attachment
Sequence No. **77**

| Name(s) shown on return | Identifying number |
|---|---|
| PEPI COMPANIES, LLC | 46-1355547 |

**1** Enter on the applicable line below the total qualified first- or second-year wages paid or incurred during the tax year, and multiply by the percentage shown, for services of employees who are certified as members of a targeted group.

| | | | | |
|---|---|---|---|---|
| **a** Qualified first-year wages of employees who worked for you at least 120 hours but fewer than 400 hours | $ 37,850. | x 25% (0.25) | **1a** | 9,463. |
| **b** Qualified first-year wages of employees who worked for you at least 400 hours | $ 176,281. | x 40% (0.40) | **1b** | 70,512. |
| **c** Qualified second-year wages of employees certified as long-term family assistance recipients | $ | x 50% (0.50) | **1c** | |

| | | | |
|---|---|---|---|
| **2** | Add lines 1a, 1b, and 1c. See instructions for the adjustment you must make to salaries and wages | **2** | 79,975. |
| **3** | Work opportunity credit from partnerships, S corporations, cooperatives, estates, and trusts (see instructions) | **3** | |
| **4** | Add lines 2 and 3. Cooperatives, estates, and trusts, go to line 5. Partnerships and S corporations, stop here and report this amount on Schedule K. All others, stop here and report this amount on Form 3800, Part III, line 4b | **4** | 79,975. |
| **5** | Amount allocated to patrons of the cooperative or beneficiaries of the estate or trust (see instructions) | **5** | |
| **6** | Cooperatives, estates, and trusts, subtract line 5 from line 4. Report this amount on Form 3800, Part III, line 4b | **6** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **5884** (Rev. 12-2016)

Form **8846**

Department of the Treasury
Internal Revenue Service

**Credit for Employer Social Security and Medicare Taxes
Paid on Certain Employee Tips**

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form8846 for the latest information.

OMB No. 1545-0123

**2019**

Attachment
Sequence No. **98**

| Name(s) shown on return | Identifying number |
|---|---|
| PEPI COMPANIES, LLC | 46-1355547 |

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage establishment where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | | |
|---|---|---|---|
| **1** | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | **1** | 1,415,146. |
| **2** | Tips not subject to the credit provisions (see instructions) | **2** | |
| **3** | Creditable tips. Subtract line 2 from line 1 | **3** | 1,415,146. |
| **4** | Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $132,900, see instructions and check here ▶ ☐ | **4** | 108,259. |
| **5** | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | **5** | |
| **6** | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f | **6** | 108,259. |

**LHA** **For Paperwork Reduction Act Notice, see instructions.**

Form **8846** (2019)

920421  12-06-19

Form **8990**

(Rev. May 2020)

Department of the Treasury
Internal Revenue Service

## Limitation on Business Interest Expense Under Section 163(j)

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form8990 for instructions and the latest information.

OMB No. 1545-0123

| Taxpayer name(s) shown on tax return | Identification number |
|---|---|
| PEPI COMPANIES, LLC | 46-1355547 |

If Form 8990 relates to an information return for a foreign entity (for example, Form 5471), enter:

Name of foreign entity ▶

Employer identification number, if any ▶

Reference ID number ▶

| Part I | Computation of Allowable Business Interest Expense |
|---|---|

*Part I is completed by all taxpayers subject to section 163(j). Schedule A and Schedule B need to be completed before Part I when the taxpayer is a partner or shareholder of a pass-through entity subject to section 163(j).*

### Section I - Business Interest Expense

| | | | | |
|---|---|---|---|---|
| 1 | Current year business interest expense (not including floor plan financing interest expense), before the section 163(j) limitation | 1 | 26,261. | |
| 2 | Disallowed business interest expense carryforwards from prior years. (Does not apply to a partnership) | 2 | | |
| 3 | Partner's excess business interest expense treated as paid or accrued in current year (Schedule A, line 44, column (h)) | 3 | | |
| 4 | Floor plan financing interest expense. See instructions | 4 | | |
| 5 | **Total business interest expense.** Add lines 1 through 4 ▶ | 5 | | 26,261. |

### Section II - Adjusted Taxable Income

**Taxable Income**

| | | | |
|---|---|---|---|
| 6 | **Taxable income.** See instructions | 6 | -287,924. |

**Additions** (adjustments to be made if amounts are taken into account on line 6)

| | | | | |
|---|---|---|---|---|
| 7 | Any item of loss or deduction that is not properly allocable to a trade or business of the taxpayer. See instructions | 7 | | |
| 8 | Any business interest expense not from a pass-through entity. See instructions | 8 | 26,261. | |
| 9 | Amount of any net operating loss deduction under section 172 | 9 | | |
| 10 | Amount of any qualified business income deduction allowed under section 199A | 10 | | |
| 11 | Deduction allowable for depreciation, amortization, or depletion attributable to a trade or business. See instructions | 11 | 969,229. | |
| 12 | Amount of any loss or deduction items from a pass-through entity. See instructions | 12 | | |
| 13 | Other additions. See instructions | 13 | | |
| 14 | Total current year partner's excess taxable income (Schedule A, line 44, column (f)) | 14 | | |
| 15 | Total current year S corporation shareholder's excess taxable income (Schedule B, line 46, column (c)) | 15 | | |
| 16 | **Total.** Add lines 7 through 15 ▶ | 16 | | 995,490. |

**Reductions** (adjustments to be made if amounts are taken into account on line 6)

| | | | | |
|---|---|---|---|---|
| 17 | Any item of income or gain that is not properly allocable to a trade or business of the taxpayer. See instructions | 17 | ( | ) |
| 18 | Any business interest income not from a pass-through entity. See instructions | 18 | ( | ) |
| 19 | Amount of any income or gain items from a pass-through entity. See instructions | 19 | ( | ) |
| 20 | Other reductions. See instructions | 20 | ( | ) |
| 21 | **Total.** Combine lines 17 through 20 ▶ | 21 | ( | ) |
| 22 | **Adjusted taxable income.** Combine lines 6, 16, and 21. (If zero or less, enter -0-.) ▶ | 22 | | 707,566. |

LHA   **For Paperwork Reduction Act Notice, see the instructions.**

Form **8990** (Rev. 5-2020)

Form 8990 (Rev. 5-2020)                                                                                                  Page **2**

## Section III - Business Interest Income

| | | | | |
|---|---|---|---|---|
| 23 | Current year business interest income. See instructions .......................... | 23 | | |
| 24 | Excess business interest income from pass-through entities (total of | | | |
| | Schedule A, line 44, column (g), and Schedule B, line 46, column (d)) .......... | 24 | | |
| 25 | **Total.** Add lines 23 and 24 ........................................................ ▶ | 25 | | |

## Section IV - Section 163(j) Limitation Calculations

### Limitation on Business Interest Expense

| | | | | |
|---|---|---|---|---|
| 26 | Multiply adjusted taxable income (line 22) by the applicable percentage. See instructions | 26 | 212,270. | |
| 27 | Business interest income (line 25) ........................................ | 27 | | |
| 28 | Floor plan financing interest expense (line 4) ............................ | 28 | | |
| 29 | **Total.** Add lines 26, 27, and 28 .................................... ▶ | 29 | | 212,270. |

### Allowable Business Interest Expense

| | | | |
|---|---|---|---|
| 30 | **Total current year business interest expense deduction.** See instructions ........... | 30 | 26,261. |

### Carryforward

| | | | |
|---|---|---|---|
| 31 | **Disallowed business interest expense.** Subtract line 29 from line 5. (If zero or less, enter -0-.) .................. | 31 | |

| Part II | Partnership Pass-Through Items |
|---|---|

*Part II is only completed by a partnership that is subject to section 163(j). The partnership items below are allocated to the partners and are not carried forward by the partnership. See the instructions for more information.*

### Excess Business Interest Expense

| | | | |
|---|---|---|---|
| 32 | **Excess business interest expense.** Enter amount from line 31 ..................... | 32 | |

### Excess Taxable Income (If you entered an amount on line 32, skip lines 33 through 37.)

| | | | |
|---|---|---|---|
| 33 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) ............... | 33 | 26,261. |
| 34 | Subtract line 33 from line 26. (If zero or less, enter -0-.) .......................... | 34 | 186,009. |
| 35 | Divide line 34 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) ............ | 35 | .8763 |
| 36 | **Excess taxable income.** Multiply line 35 by line 22 .......................... | 36 | 620,029. |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 37 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) | 37 | |

| Part III | S Corporation Pass-Through Items |
|---|---|

*Part III is only completed by S corporations that are subject to section 163(j). The S corporation items below are allocated to the shareholders. See the instructions for more information.*

### Excess Taxable Income

| | | | |
|---|---|---|---|
| 38 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) ............... | 38 | |
| 39 | Subtract line 38 from line 26. (If zero or less, enter -0-.) .......................... | 39 | |
| 40 | Divide line 39 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) ............ | 40 | |
| 41 | **Excess taxable income.** Multiply line 40 by line 22 .......................... | 41 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 42 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) | 42 | |

Form **8990** (Rev. 5-2020)

923212 06-29-20

13

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


Pepi Companies, LLC
1210 W. Clay Street, Suite 17
Houston, TX  77019-4190

Employer Identification Number:  46-1355547

For the Year Ending December 31, 2019

Pepi Companies, LLC is making the de minimis safe harbor election
under Reg. Sec. 1.263(a)-1(f).

PEPI COMPANIES, LLC                                                           46-1355547

---

|                          | FOOTNOTES |          | STATEMENT | 5 |

## STATEMENT REGARDING SECTION 263A

PERSUANT TO INTERNAL REVENUE NOTICE 88-86, TAXPAYER IS
TECHNICALLY CONSIDERED TO BE A PRODUCER, THEREBY SUBJECT TO
THE UNIFORM CAPITALIZATION RULES OF SECTION 263A. HOWEVER,
ANY 263A ADJUSTMENT WOULD BE MINIMAL, THEREFORE, UNIFORM
CAPITALIZATION HAS NOT BEEN ADOPTED AND NO 263A ADJUSTMENT
HAS BEEN MADE IN THIS RETURN.

---

| FORM 1065 | TAX EXPENSE | STATEMENT | 6 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| ILLINOIS TAXES - BASED ON INCOME | 3,272. |
| LESS FORM 8846 CREDIT | -108,259. |
| LICENSE AND PERMITS | 29,479. |
| PAYROLL TAXES | 933,215. |
| PROPERTY TAXES | 65,935. |
| USE TAX | 321. |
| TOTAL TO FORM 1065, LINE 14 | 923,963. |

---

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT | 7 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| 481A ADJUSTMENT | 816,928. |
| ADVERTISING | 1,337,853. |
| AUTO EXPENSE | 208,361. |
| BANK SERVICES CHARGES | 5,955. |
| CATERING | 195,798. |
| CONTRACT LABOR | 66,257. |
| CREDIT CARD FEES | 807,606. |
| DRIVER EXPENSE | 201,079. |
| DUES AND SUBSCRIPTIONS | 234. |
| EMPLOYEE INCENTIVES | 21,330. |
| EQUIPMENT LEASING | 1,417. |
| G & A CHARGES | 3,912,483. |
| INSURANCE | 510,197. |
| JANITORIAL | 247,021. |
| MANAGEMENT FEES | 3,181,333. |
| MEALS | 1,927. |
| MISCELLANEOUS | 1,565. |
| OFFICE SUPPLIES | 93,136. |
| PAPER | 2,620,411. |

PEPI COMPANIES, LLC                                                    46-1355547

| | |
|---|---|
| PARKING | 58,080. |
| POSTAGE & FEDEX | 8,966. |
| PROFESSIONAL FEES | 71,641. |
| RESEARCH AND DEVELOPMENT | 25. |
| ROYALTY FEE | 1,735,273. |
| SMALL WARES | 111,579. |
| TELEPHONE | 176,975. |
| TRAINING | 12,093. |
| TRAVEL | 61,209. |
| UNIFORMS | 35,167. |
| UTILITIES | 385,866. |
| | |
| TOTAL TO FORM 1065, LINE 20 | 16,887,765. |

---

| SCHEDULE K | OTHER CREDITS | STATEMENT    8 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| WORK OPPORTUNITY CREDIT | 79,975. |
| CREDIT FOR SOC. SEC. AND MEDICARE TAXES PAID | 108,259. |
| | |
| TOTAL TO SCHEDULE K, LINE 15F | 188,234. |

---

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT    9 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,926. |
| PENALTIES | 2,110. |
| TAX DEDUCTION ADJUSTMENT FOR FORM 8846 | 108,259. |
| WAGE DEDUCTION ADJUSTMENT FOR EMPLOYMENT CREDIT | 79,975. |
| | |
| TOTAL TO SCHEDULE K, LINE 18C | 192,270. |

---

| SCHEDULE K | OTHER ITEMS | STATEMENT   10 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCESS TAXABLE INCOME | 620,029. |
| SECTION 199A - ORDINARY INCOME (LOSS) | -287,924. |
| SECTION 199A W-2 WAGES | 2,982,473. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 6,820,970. |

PEPI COMPANIES, LLC                                                    46-1355547

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 11 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| PREPAID EXPENSES | 0. | 1,686. |
| STORE CHANGE FUND | 1,950. | 1,950. |
| TOTAL TO SCHEDULE L, LINE 6 | 1,950. | 3,636. |

---

| SCHEDULE L | OTHER ASSETS | STATEMENT 12 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| CONSTRUCTION IN PROGRESS | 512,356. | 0. |
| DEPOSITS | 72,058. | 497,350. |
| TOTAL TO SCHEDULE L, LINE 13 | 584,414. | 497,350. |

---

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 13 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| ACCRUED EXPENSES | 33. | 0. |
| CURRENT PORT LEASE LIABILITY | 0. | 13,017. |
| DEFERRED RENT PAYABLE | 187,545. | 249,300. |
| PROPERTY TAX PAYABLE | 48,596. | 61,435. |
| SALES TAX PAYABLE | 165,266. | 182,594. |
| TOTAL TO SCHEDULE L, LINE 17 | 401,440. | 506,346. |

PEPI COMPANIES, LLC                                                           46-1355547

---

FORM 1065                  PARTNERS' CAPITAL ACCOUNT SUMMARY          STATEMENT   14

---

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | -540,879. | | 332,241. | | -208,638. |
| 2 | -77,266. | | 47,463. | | -29,803. |
| 3 | -77,271. | | 47,462. | | -29,809. |
| 4 | -77,265. | | 47,464. | | -29,801. |
| TOTAL | -772,681. | | 474,630. | | -298,051. |

PEPI COMPANIES, LLC                                               46-1355547

---

SCHEDULE M-1   EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN   STATEMENT   15

---

| DESCRIPTION | AMOUNT |
|---|---|
| ADJUSTMENT FOR FORM 8846 CREDIT | 108,259. |
| PENALTIES | 2,110. |
| ADJUSTMENT FOR EMPLOYMENT CREDITS | 79,975. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 190,344. |

---

SCHEDULE M-1      DEDUCTIONS ON RETURN NOT CHARGED AGAINST BOOKS   STATEMENT   16

---

| DESCRIPTION | AMOUNT |
|---|---|
| 481A ADJUSTMENT | 816,928. |
| TOTAL TO SCHEDULE M-1, LINE 7 | 816,928. |

**Fill in this information to identify the case and this filing:**

Debtor Name __Pepi Companies__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration __Corporate Resolution and Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/24/2020__            ✘ ___/s/ Albert A. Pepi Jr._____
            MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                __Albert A. Pepi Jr._____
                                Printed name

                                __President_____
                                Position or relationship to debtor

# United States Bankruptcy Court
## Southern District of Texas

In re  __Pepi Companies, LLC__

                        Debtor(s)

Case No.

Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Albert A. Pepi Jr.**<br>**3668 Del Monte**<br>**Houston, TX 77019** | | **70%** | |
| **George Albert Pepi 2012 Trust**<br>**903 Birdsall**<br>**Houston, TX 77007** | | **10%** | |
| **James Bennett Pepi 2010 Trust**<br>**3668 Del Monte**<br>**Houston, TX 77019** | | **10%** | |
| **Wallace Bratton Pepi 2012 Trust**<br>**3668 Del Monte**<br>**Houston, TX 77019** | | **10%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    9/24/2020

Signature  /s/ Albert A. Pepi Jr.

                     **Albert A. Pepi Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Texas

In re   **Pepi Companies, LLC** _____

Debtor(s)

Case No. _____

Chapter   **11**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pepi Companies, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Albert Pepi Jr.**
**3668 Del Monte**
**Houston, TX 77019**
_____

**George Albert Pepi 2012 Trust**
**903 Birdsall**
**Houston, TX 77007**
_____

**James Bennett Pepi 2010 Trust**
**3668 Del Monte**
**Houston, TX 77019**
_____

**Wallace Bratton Pepi 2012 Trust**
**3668 Del Monte**
**Houston, TX 77019**
_____

☐ None [*Check if applicable*]

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Pepi Companies, et al (Consolidated)** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | Check if this is an |
| Case number (if known): | | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of Claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Zions Bancorporation, NA dba Amegy Bank Northwest Crossing-Commercial PO Box 27459 1717 West Loop South Houston,TX 77227-0000 | | SBA Paycheck Protection Loan (Alonti Corporation LLC) | | | | 1,913,300.00 |
| Zions Bancorporation, NA dba Amegy Bank Northwest Crossing-Commercial PO Box 27459 1717 West Loop South Houston,TX 77227-0000 | | SBA Paycheck Protection Loan | | | | 1,362,700.00 |
| American Express Three World Financial Center 200 Vesey S New York,NY 10285-0000 | | Credit Card Debt | | | | 846,013.58 |
| Briarwood Baytown Ltd. c/o Andrew M. Caplan Weycer, Kaplan, Palaski, & Zuker, PC 11 Greenway Plaza, Suite 1400 Houston,TX 77046-0000 | | Commercial Lease Termination Settlement | | | | 292,895.00 |
| Zions Bancorporation, NA dba Amegy Bank Northwest Crossing-Commercial PO Box 27459 1717 West Loop South Houston,TX 77227-0000 | | SBA Paycheck Protection Loan (Pepi Company of California) | | | | 278,800.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of Claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SYSCO DALLAS 800 Trinity Drive LEWISVILLE,TX 75056-0000 | | Accounts Payable | | | | 86,049.01 |
| SYSCO- HOUSTON 1390 Enclave Parkway HOUSTON,TX 77077-2099 | | Accounts Payable | | | | 81,777.18 |
| SYSCO CHICAGO 250 Wieboldt Dr  Des Plaines,IL 60016-0000 | | Accounts Payable | | | | 39,271.44 |
| GOWAN, INC. 5550 AIRLINE DR. HOUSTON,TX 77076-4998 | | Accounts Payable | | | | 20,500.00 |
| SYSCO LOS ANGELES INC 20701 EAST CURRIER ROAD WALNUT,CA 91789-0000 | | Accounts Payable | | | | 20,276.45 |
| BROTHERS 3173 Produce Row HOUSTON,TX 77023-0000 | | Accounts Payable | | | | 16,204.12 |
| Mass Mutual Insurance Company 1295 State Street Springfield,MA 01111-0000 | | Accrued Expenses | | | | 12,101.80 |
| GET FRESH PRODUCE 1441 BREWSTER CREEK BLVD  BARTLETT,IL 60103-0000 | | Accounts Payable | | | | 7,385.12 |
| SPRINT 6200 Sprint Pkwy.  Overland Park,KS 66251-0000 | | Accounts Payable | | | | 3,186.15 |
| CH REALTY VI/R HOUSTON WOOD RIDGE LP MSC#700 27820 Interstate 45 N Conroe,TX 77385-0000 | | Accounts Payable | | | | 3,138.83 |
| WEINSTEIN SPIRA & CO. THREE GREENWAY PLAZA STE. 1700 HOUSTON,TX 77046-0000 | | Accounts Payable | | | | 2,325.00 |
| BROTHERS PRODUCE - AUSTIN 8024 Exchange Dr. Building 9 #500 AUSTIN,TX 78754-0000 | | Accounts Payable | | | | 1,754.41 |
| AT&T 208 S. Akard St. Dallas,TX 75202-0000 | | Accounts Payable | | | | 1,611.74 |
| CENTERPOINT ENERGY PROP.,INC. PM REALTY GROUP, LP 1111 LOUISIANA ST STE 510 HOUSTON,TX 77002-0000 | | Accounts Payable | | | | 1,576.69 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of Claim<br><br>If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| INMOMENT INC 10355 SO. JORDAN GATEWAY #600 SOUTH JORDAN,UT 84095-0000 | | Accounts Payable | | | | 1,279.20 |
| DAWSON COMPANY 2104 Hardy St HOUSTON,TX 77026-0000 | | Accounts Payable | | | | 1,261.95 |
| OFFICE DEPOT 6600 North Military Trail Boca Raton,FL 33496-0000 | | Accounts Payable | | | | 1,020.99 |
| ECOLAB  PEST EL IM DIV 26252 NETWORK PLACE  CHICAGO,IL 60673-1262 | | Accounts Payable | | | | 1,019.42 |
| ISI COMMERCIAL REFRIGERATION 2801 S VALLEY PARKWAY SUITE 200 LEWISVILLE,TX 75067-0000 | | Accounts Payable | | | | 864.55 |
| EMPIRE COOLER SERVICE 940 W. CHICAGO AVE. CHICAGO,IL 60622-0000 | | Accounts Payable | | | | 806.60 |
| COMCAST 1701 JFK Blvd.   Philadelphia,PA 19103-0000 | | Accounts Payable | | | | 642.09 |
| REPUBLIC SERVICES 18500 N Allied Way PHOENIX,AZ 85054-0000 | | Accounts Payable | | | | 598.93 |
| 811 LOUISIANA 811 Louisiana St. Houston,TX 77002-0000 | | Accounts Payable | | | | 433.00 |
| FOX VALLEY FIRE & SAFETY 2730 PINNACLE DR. ELGIN,IL 60124-0000 | | Accounts Payable | | | | 368.59 |
| City of Houston 2500 Tanglewilde St # 2 HOUSTON,TX 77063-0000 | | Accounts Payable | | | | 366.24 |

## <u>CERTIFIED RESOLUTION</u>

**WHEREAS,** Pepi Companies LLC (the "**Company**") has experienced recent significant financial and liquidity stresses, and, upon review and analysis of the present and expected future status, conditions, and prospects of the assets, liabilities, affairs, and opportunities of the Company, the ownership group (the "**Owner**"), has determined that the best interests of the Company and its creditors, equity security holders, and other constituencies would be best served, and the values of its assets and business operations would be best served and protected, by the filing of a voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") by the Company.

**NOW, THEREFORE,** the Owner hereby adopts and approves the following resolutions and takes the following actions:

**RESOLVED,** the Company, through its duly elected or appointed Representatives, is authorized to execute and verify any and all documents necessary to complete the filing of a voluntary petition for relied under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), for and on behalf of the Company;

**FURTHER RESOLVED,** that the Company is authorized, empowered and directed to retain the law firm of Jones Murray & Beatty LLP, as counsel to represent the Company in the Chapter 11 Case, subject to any requisite Bankruptcy Court approval'

**FURTHER RESOLVED,** that the company, through its duly elected or appointed Representatives, is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify the necessary and proper pleadings and documents with respect to the Chapter 11 Case;

**FURTHER RESOLVED,** that in connection with the commencement of the Chapter 11 Case by the Company, the Company, through its duly elected or appointed Representatives, is authorized, empowered and directed to execute and deliver any debtor-in-possession ("**DIP**") financing agreements, including, in connection therewith, any such notes, security agreements, and other agreements or instruments as are appropriate, between the Company, as Borrower, and any related DIP Lender, on the terms and conditions that are necessary, proper, or desirable to consummate the transactions contemplated by such agreements or instruments on behalf of the Company;

**FURTHER RESOLVED,** that any and all past actions heretofore taken by the Representatives or the Owner of the Company in the name and on behalf of the Company in furtherance of any of all of the preceding resolutions are, and the same hereby are, ratified, confirmed, and approved.

The resolution is hereby **APPROVED** this September 24, 2020 by the undersigned Owner:

*/s/ Albert A. Pepi, Jr.*

_____

Albert A. Pepi Jr.