UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Texas

Victoria Division

In re: Pepi Companies LLC, et al.,

Debtor(s)

Case No. 20-60056

Lead Case No. 20-60056

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2022

Petition Date: 09/24/2020

Plan Confirmed Date: 10/26/2020

Plan Effective Date: 10/26/2020

This Post-confirmation Report relates to:   ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ William Hotze
Signature of Responsible Party

11/12/2022
Date

William Hotze
Printed Name of Responsible Party

602 Sawyer Street, Suite 400, Houston, TX 77007
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Pepi Companies LLC, et al.,     Case No. 20-60056

### Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $8,563,546 | $44,895,070 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $8,563,546 | $44,895,070 |

### Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $60,478 | $0 | $60,478 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Jones Murray & Beatty LLP | Lead Counsel | $0 | $51,175 | $0 | $51,175 |
| ii | MACCO Restructuring Group, | Financial Professional | $0 | $9,303 | $0 | $9,303 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $7,772 | $0 | $7,772 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Jarrod B. Martin, Subchapter V | Other | $0 | $7,772 | $0 | $7,772 |
| ii | | | | | | $0 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $68,250 | $0 | $68,250 |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

### Part 4: Questionnaire

a. Is this a final report?     Yes ○   No ◉
   If yes, give date Final Decree was entered: _____
   If no, give date when the application for Final Decree is anticipated:   10/26/2023
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ◉   No ○

| Debtor's Name Pepi Companies LLC, et al., | Case No. 20-60056 |
|---|---|

3

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Charles Weiser
Signature of Responsible Party

Chief Financial Officer
Title

Charles Weiser
Printed Name of Responsible Party

11/12/2022
Date

UST Form 11-PCR (06/07/2021)   3