United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 15, 2022
Nathan Ochsner, Clerk

**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **PEPI COMPANIES LLC,** *et al.,* | § | Case No. 20-60056 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### ORDER AUTHORIZING DEBTORS TO (I) PAY SECURED CREDITORS IN FULL AND (II) APPROVE COMPROMISES WITH CERTAIN UNSECURED CREDITORS

(This relates to Dkts. 157 and 160.)

The Court, having considered the *Debtors' Emergency Motion to (I) Pay Secured Creditors in Full and (II) Approve Compromises with Certain Unsecured Creditors*, and the *Debtor's Emergency Motion to Add Compromises to the Debtor's Pending Emergency Motion to (I) Pay Secured Creditors and (II) Approve Compromises with Certain Unsecured Creditors* (together, the "**Motions**"), any responses or objections to the Motion, the representations of counsel, and the record in this case, finds that: (i) emergency consideration was appropriate under the circumstances, (ii) notice of and hearing on the Motion was adequate and appropriate; (iii) the proposed compromise is fair, reasonable, and in the best interest of the estate, its creditors, and parties in interest; (iv) the proposed compromise is the product of good faith and arms-length negotiations; (v) the proposed compromise satisfies the applicable standard for approval of compromises under the Bankruptcy Code and the Fifth Circuit's authority concerning the standards for approval of compromises; (vi) that any objections to the proposed compromise are overruled; and (vii) good cause exists to grant the relief requested.

It is therefore **ORDERED THAT**:

1. The Debtors are authorized to pay the secured creditors identified in the Motions the full amount of the outstanding secured obligations in the amounts set for the in the Motions, or such

other amount as may then be due allowing for adjustments and credits for interest, payment date and prior payments, in full and final satisfaction of the claims of those creditors against the Debtors.

2. The Debtors are authorized to enter into stipulations with the general unsecured creditors identified in the Motions on the terms that the Debtors shall pay the amounts indicated to those creditors on or before December 31, 2022, in full and final satisfaction of the claims of those creditors against the Debtors.

3. The Debtors are authorized to sign stipulations with the unsecured creditors referenced in the Motion in substantially to the form attached to the Motions.

4. The Court shall retain jurisdiction over all aspects of this order and its implementation.

Signed:  December 15, 2022

Christopher Lopez
United States Bankruptcy Judge